HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
MATT WANG
AMANDA SEELY
Certified Law Students
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
AARON TURNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AARON D. TURNER,<br><br>  Defendant. | Case No.  2:14-cr-00283-EFB<br><br>STIPULATION AND ORDER TO VACATE COURT TRIAL AND SET STATUS CONFERENCE TO JANUARY 22, 2015 AT 2:00PM<br><br>Date:    January 22, 2015<br>Time:   2:00 p.m.<br>Judge:  Honorable Edmund F. Brennan |

The parties stipulate, through respective counsel, that the Court should vacate the trial date on December 2, 2014, at 10:00 a.m., and set a status conference on January 22, 2015, at 2:00 p.m.  This status conference is requested to allow both parties additional time to resolve the case.

DATED:  November 25, 2014           Respectfully Submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Linda Harter*
                                    LINDA HARTER
                                    Chief Assistant to the Federal Defender
                                    Attorney for Aaron Turner

                                    */s/ Jason Leong*
                                    Jason Leong
                                    Special Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court orders the trial vacated and a status conference scheduled on January 22, 2015, at 2:00 p.m.

DATED: December 1, 2014.

HON. EDMUND BRENNAN
United States Magistrate Judge