IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:14-cr-00283-EFB |
|---|---|
| Plaintiff, | ) **ORDER TO SHOW CAUSE AND ORDER TO ISSUE SUMMONS RE: PROBATION REVOCATION** |
| v. | |
| AARON D. TURNER, | |
| Defendant. | |

### ORDER TO SHOW CAUSE AND ISSUE SUMMONS

It is Hereby Ordered that the defendant shall appear on February 8, 2016, at 10:00 a.m. to show cause why the probation granted on January 23, 2015, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///

///

///

///

///

///

ORDER TO SHOW CAUSE                                                          U.S. v. TURNER

It is further ordered that the Clerk's office shall issue a summons directing the defendant to appear on February 8, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 6, 2016

_____
Hon. Edmund F. Brennan
United States Magistrate Judge