```
BENJAMIN B. WAGNER
United States Attorney
ELLIOT C. WONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AARON D. TURNER,<br><br>  Defendant. | CASE NO. 2:14-CR-00283-EFB<br><br>UNOPPOSED MOTION AND [~~PROPOSED~~] ORDER TO VACATE PROBATION REVOCATION HEARING AND TO WITHDRAW PETITION TO REVOKE<br><br>DATE:  February 8, 2016<br>TIME:  10:00 a.m.<br>JUDGE: Hon. Edmund F. Brennan |

The United States Attorney through its respective counsel, Elliot C. Wong, hereby moves to vacate the probation revocation hearing scheduled for February 8, 2016, at 10:00 a.m.  The United States further moves to withdraw the petition to revoke.  The motion is unopposed.

DATED: January 14, 2016          BENJAMIN B. WAGNER
                                 United States Attorney


                                 _/s/ Elliot C. Wong_____
                                 ELLIOT C. WONG
                                 Special Assistant U.S. Attorney

1

<u>ORDER</u>

It is hereby ordered that the probation revocation hearing scheduled for February 8, 2016, at 10:00 a.m. is vacated. It is further ordered that the United States' Petition to Revoke is withdrawn.

IT IS SO ORDERED.

Dated:  January 14, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE